NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
(212) 220-3830
FILE NOS.:  30000304 JFS/SCC
            30000322 JFS/SCC
            30000334 JFS/SCC
            30000335 JFS/SCC

**JUDGE SWAIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'07 CIV 5866**

------------------------------------------------------------

ARCELOR INTERNATIONAL AMERICA, LLC,

                    Plaintiff,

          - against -

M/V STAR HANSA, her engines, boilers, etc.,
and STAR SHIPPING A/S,

                    Defendant(s).

------------------------------------------------------------X

**VERIFIED COMPLAINT**



RECEIVED
JUN 20 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Plaintiff, by its attorneys, NICOLETTI HORNIG & SWEENEY, alleges upon

information and belief, as follows:

**FIRST:**    All and singular the following premises are true and constitute an

admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil

Procedure and within the admiralty and maritime jurisdiction of the United States and of this

Honorable Court.

**SECOND:**    At and during all the times hereinafter mentioned, Plaintiff had and

now has the legal status and principal office and place of business stated in Schedule A, hereto

annexed, and by this reference made a part hereof.

**THIRD:**    At and during all the times hereinafter mentioned, Defendants had and now have the legal status and offices and places of business stated in Schedule "A", and were and now are engaged in business as common carriers of merchandise by water for hire, and owned, operated, managed, chartered and/or otherwise controlled the vessels above named as common carriers of merchandise by water for hire.

**FOURTH:**    At and during all the times hereinafter mentioned, the said vessel was and now is a general ship employed in the common carriage of merchandise by water for hire, and now is or will be during the pendency of this action, within this District and within the jurisdiction of this Honorable Court.

**FIFTH:**    On or about the date and at the ports of shipment stated in Schedules "B" through "E" attached hereto and by this reference incorporated as if set forth in full and at length herein, there was shipped by the shippers therein named and delivered to Defendants and the said vessel, as common carriers, the shipments described in Schedules "B" through "E" then being in good order and condition, and Defendants and the said vessel then and there accepted said shipments so shipped and delivered to them, and in consideration of certain agreed freight charges thereupon paid or agreed to be paid, agreed to transport and carry the said shipments to the ports of destination stated in Schedules "B" through "E", and there deliver the same in like good order and condition as when shipped, delivered to and received by them, to the consignees named in Schedules "B" through E.

**SIXTH:**    Thereafter, the said vessel arrived at the ports of destination, where it and Defendants made delivery of the shipments, but not in like good order and condition as when shipped, delivered to and received by them, but on the contrary, seriously injured and

2

impaired in value by reason of the matter and things stated in Schedules "B" through "E", all in violation of Defendants' and the said vessel's obligations and duties as common carriers of merchandise by water for hire.

**SEVENTH:**    Plaintiff was the consignee and owner of the shipments described in Schedules "B" through "E", and brings this action on its own behalf and as agent or trustee on behalf of and for the interest of all parties who may be or become interested in the said shipments, as their respective interests may ultimately appear, and Plaintiff is entitled to maintain this action.

**EIGHTH:**    By reason of the premises, Plaintiff has sustained damages, as nearly as the same can now be estimated, no part of which has been paid although duly demanded, in the sum of $340,000.00.

**WHEREFORE,** Plaintiff prays:

1.    That process in due form of law may issue against Defendants citing them to appear and answer all and singular the matters aforesaid;

2.    That if Defendants cannot be found within this District, then all their property within this District as shall be described in Schedules "B" through "E", be attached in the sum of $340,000.00, with interest thereon and costs, the sum sued for in this Complaint;

3.    That Judgment may be entered in favor of Plaintiff against Defendants for the amount of Plaintiff's damages, together with interest and costs and the disbursements of this action;

4.    That process in due form of law according to the practice of this Court in causes of admiralty and maritime claims, may issue against said vessels, their engines, etc., and that all persons having or claiming any interest therein be cited to appear and answer under oath, all and singular the matters aforesaid, and that this Court will be pleased to pronounce judgment

3

in favor of Plaintiff for its damages as aforesaid, with interest, costs and disbursements, and that

the said vessels may be condemned and sold to pay therefor; and

        5.    That this Court will grant to Plaintiff such other and further relief as may

be just and proper.

Dated:  New York, New York
           June 20, 2007.

                              NICOLETTI HORNIG  & SWEENEY
                              Attorneys for Plaintiff.

                              By:   _____
                              James F. Sweeney (JFS-7745)
                              Wall Street Plaza
                              88 Pine Street, 7th Floor
                              New York, New York  10005-1801
                              Telephone No.: (212) 220-3830
                              Facsimile No.: (212) 220-3784
                              FILE NO.:     30000304 JFS/SCC
                                                30000322 JFS/SCC
                                                30000334 JFS/SCC
                                                30000335 JFS/SCC

## SCHEDULE A

**Plaintiff's Legal Status and
Office and Place of Business:**

Plaintiff, Arcelor International America LLC, was and now is a corporation organized and existing under and by virtue of the laws of the State of New York, with an office and place of business at 350 Hudson Street, New York, New York 10014.

**Defendant's Legal Status and
Office and Place of Business:**

Defendant, Star Shipping A/S., was and now is a corporation or otherwise entity organized and existing under and by the virtue of foreign law, with an office and place of business located at Fortunen 1, P. O. Box 1088 Sentrum, N-5809 Bergen, Norway.

## **SCHEDULE B**

| | |
|---|---|
| Date of Shipment: | October 27, 2005 |
| Port of Shipment: | Antwerp |
| Port of Discharge: | San Francisco |
| Shipper: | Arcelor Packaging International |
| Consignee: | Arcelor International America |
| Shipment: | Tinplate Coils |
| Nature: | Damage |
| Amount: | $195,716.79 |
| NH&S File: | 30000322 JFS/SCC |

6

## **SCHEDULE C**

| | |
|---|---|
| Date of Shipment: | January 28, 2006 |
| Port of Shipment: | Antwerp |
| Port of Discharge: | San Francisco |
| Shipper: | Arcelor Packaging International |
| Consignee: | Arcelor International America |
| Shipment: | Tinplate Coils |
| Nature: | Damage |
| Amount: | $125,471.04 |
| NH&S File: | 30000304 JFS/SCC |

7

## **SCHEDULE D**

| | |
|---|---|
| Date of Shipment: | January 28, 2006 |
| Port of Shipment: | Antwerp |
| Port of Discharge: | Los Angeles |
| Shipper: | Arcelor International Luxembourg |
| Consignee: | Arcelor International America |
| Shipment: | Steel Coils |
| Nature: | Damage |
| Amount: | $10,685.08 |
| NH&S File: | 30000334 JFS/SCC |

## SCHEDULE E

Date of Shipment:              January 28, 2006

Port of Shipment:              Antwerp

Port of Discharge:             Los Angeles

Shipper:                       Arcelor International Luxembourg

Consignee:                     Arcelor International America

Shipment:                      Steel Coils

Nature:                        Damage

Amount:                        $8,067.76

NH&S File:                     30000335 JFS/SCC

X:\Public Word Files\3\309\LEGAL\SCHEDULE.ARCELOR.mar.doc

STATE OF NEW YORK     )
                      : S.S.:
COUNTY OF NEW YORK    )

JAMES F. SWEENEY, being duly sworn, deposes and says:

That he is an attorney admitted to practice before the Courts of this State and a member of the firm of Nicoletti Hornig & Sweeney, attorneys for Plaintiff herein.

That he has read the foregoing Verified Complaint and knows the contents thereof and that the same is true to his own knowledge except as to the matters therein stated to be alleged on information and belief, and as to those matters, he believes them to be true.

Deponent further says that the sources of his information and the grounds for his belief as to all matters therein stated to be alleged on information and belief, is derived from documents, records, correspondence and memoranda of Plaintiff concerning the matters set forth in the Verified Complaint in the possession of deponent.

_____
JAMES F. SWEENEY

Sworn to before me this
20th day of June, 2007.

_____
Notary Public

ROSEMARIE RUSSO
Notary Public, State of New York
No. 01RU4634359
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Dec. 31, 20___/0

X:\Public Word Files\3\309\LEGAL\VERIFICATION JFS.doc