JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

ARCELOR INTERNATIONAL AMERICA, LLC,

**07 CIV 5866**

No. _____

Plaintiff(s)

- against -

M.V. STAR HANSA, her engines, boilers, etc.,
and STAR SHIPPING A/S,

Defendant(s).



RECEIVED
JUN 20 2007
U.S.D.C. S.D. N.Y.
CASHIERS

----------------------------------------------------------X

PURSUANT TO RULE 7.1 [Formerly Local General Rule 9] OF THE LOCAL RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR PLAINTIFF (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD:

EUROSTEEL CORPORATION
DAVAL, S.A.
USINOR STEEL CORPORATION
FRANCOSTEEL CORPORATION
NORSTEEL CORPORATION

June 20, 2007
Date

Signature of Attorney
JAMES F. SWEENEY (JFS-7745)

X:\Public Word Files\3\309\LEGAL\RULE 1.9.mar.doc