AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ARCELOR INTERNATIONAL AMERICA, LLC

    Plaintiff,

- against -

M/V STAR HANSA, her engines, boilers, etc., and STAR SHIPPING A/S,

    Defendant(s)

**APPEARANCE**

Case Number: 07 CIV 5866 (LTS) (DFE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

    PLAINTIFF, ARCELOR INTERNAIONAL AMERICA, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| JUNE 21, 2007 | *(signature)* |
| Date | Signature |
| | SAMUEL C. COLUZZI     SC-8975 |
| | Print Name     Bar Number |
| | NICOLETTI HORNIG & SWEENEY |
| | WALL STREET PLAZA, 88 PINE STREET, 7th FLOOR |
| | Address |
| | NEW YORK    NY    10005-1801 |
| | City    State    Zip Code |
| | 212-220-3830     212-220-3780 |
| | Phone Number     Fax Number |