# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

MOTTATT
NAMSFOGDEN I BERGEN
03 AUG. 2007
A2007-021013

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| JAMES F. SWEENEY, ESQ.<br>NICOLETTI HORNIG & SWEENEY<br>Wall Street Plaza<br>88 Pine Street, 7th Floor<br>New York, New York 10005 | MINISTRY OF JUSTICE<br>Boks 8005<br>Oslo/Dep 0030<br>Oslo 1, Norway |

The undersigned applicant has the honour to transmit—in duplicate—the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—a l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)* STAR SHIPPING AS, FORTUNEN 1, 5013 BERGEN, NORWAY

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

☒ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

SUMMONS AND VERIFIED COMPLAINT
(WITH CERTIFIED NORWEGIAN TRANSLATION)

Done at NEW YORK, NEW YORK, the JULY 9, 2007
*Fait à _____, le _____*

Signature and/or stamp.
*Signature et/ou cachet.*

[signature]

*Delete if inappropriate.*
*Rayer les mentions inutiles.*

1 (Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*
— the (date)
— *le (date)* ___03. AUG. 2007 Kl. 13:45___
— at (place, street, number)
— *à (localité, rue numéro)* ___Fortunen 1, 5809 Bergen, Norway___

— in one of the following methods authorised by article 5—
— *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:
    *b) selon la forme particulière suivante :* ___

☒ (c) by delivery to the addressee, who accepted it voluntarily.*
    *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
— (identity and description of person)
— *(identité et qualité de la personne)* ___Lawyer appointed___

— relationship to the addressee (family, business or other):
— *liens de parenté, de subordination ou autres, avec le destinataire* ___

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants :*
___

**FORKYNNELSE**
År 2007 den 03.08 kl. 13:45 ble A2007-02/013
lovlig forkynt for ___Star Shipping AS___
på/i ___Fortunen 1___
av akten:
Bekreftet avskrift med påtegning om forkynnelsen ble levert.
___Kato Erik Foss___
Dette bevitnes i henhold til avgitt forsikring.
Namsfogden i Bergen - stevnevitne

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:* ___

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:* ___

Done at
*Fait à* ___Bergen 03.08.2007___
Signature and/or stamp.
*Signature et/ou cachet.*

*Delete if inappropriate.
*Rayer les mentions inutiles*

2

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ELEMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:** JAMES F. SWEENEY, NICOLETTI HORNIG & SWEENEY
*Nom et adresse de l'autorité requérante:* WALL STREET PLAZA, 88 PINE STREET, NEW YORK, NEW YORK, 10005. THE AUTHORITY TO MAKE THIS REQUEST IS GRANTED BY NEW YORK STATE LAW, BY WHICH AN ATTORNEY IS AN OFFICER OF THE COURT.

**Particulars of the parties*:**
*Identité des parties:* _____

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:** CAUSE OF ACTION BROUGHT BY PLAINTIFF, ARCELOR INTERNATIONAL AMERICA, LLC FOR DELIVERY OF SHIPMENT NOT IN LIKE GOOD ORDER AND CONDITION AS WHEN SHIPPED, DELIVERED TO AND RECEIVED BY DEFENDANT. PHYSICAL DAMAGE, DISTORTION, RUSTING, PITTING AND CORROSION.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:** $340,000.00

**Date and place for entering appearance***: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, 500 PEARL STREET, NEW YORK, NY, 10007 WITHIN THIRTY (30) DAYS OF RECEIPT OF DOCUMENTS

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:* _____

**Date of judgment**:**
*Date de la décision:* _____

**Time limits stated in the document**:** APPEARANCE IS REQUIRED WITHIN THIRTY (30) DAYS OF RECEIPT OF DOCUMENTS

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* _____

**Time limits stated in the document**:**
*Indication des délias figurant dans l'acte:* _____

* If appropriate, identity and address of the person interested in the transmission of the document.
** Delete if inappropriate.

3

*U.S. GPO: 1995-387-155/22598