# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ARCELOR INTERNATIONAL AMERICA, LLC,

           Plaintiff,

      v.

M/V STAR HANSA, her engines, boilers, etc., and STAR SHIPPING A/S.,

           Defendant(s).

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5866**

**JUDGE SWAIN**

TO: (NAME AND ADDRESSS OF DEFENDANT[S])

STAR SHIPPING A/S
Fortunen 1
P.O. Box 1088 Sentrum
N-5809 Bergen, Norway

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
Telephone No.: (212) 220-3843
Facsimile No.: (212) 220-3784
FILE NO.:    30000304/30000322 JFS/SCC
           30000334 and 30000335 JFS/SCC

an answer to the complaint which is herewith served upon you, within (thirty) 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

                                        JUNE 20, 2007

CLERK                                          DATE

*[signature: Marcos Quintero]*

BY DEPUTY CLERK