LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
STAR SHIPPING A/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARCELOR INTERNATIONAL AMERICA, LLC,

         Plaintiff,       ECF CASE

   - against -          07 Civ. 5866 (LTS)

M/V STAR HANSA, her engines, boilers, etc.,
and STAR SHIPPING A/S,

         Defendants.
-----------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for defendant STAR SHIPPING A/S, certifies upon information and belief that said defendant is not a publicly held corporations in the United States and that there are no corporate parents, subsidiaries, or affiliates of defendant which are otherwise publicly held in the United States.

  Dated: August 29, 2007

               LYONS & FLOOD, LLP
               Attorneys for Defendant
               STAR SHIPPING A/S

         By: _/s/ Kirk M. Lyons_____
            Kirk M. Lyons (KL-1568)
            65 West 36th Street, 7th Floor
            New York, New York 10018
            (212) 594-2400

U:\kmhldocs\2563034\Pleadings\Rule 7.1.doc