# LYONS & FLOOD, LLP
### ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

September 7, 2007

**BY TELEFAX**          (212) 805-0426

Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [...] such certification to Chambers.

Re:   Arcelor International America, LLC v. M/V STAR HANSA and Star Shipping A/S

07 Civ. 5866 (LTS) (DFE)
Our file: 2563034

Dear Judge Swain:

We are attorneys for defendant in the above cargo recovery action, and we write to request an extension in the deadline for the filing of a Preliminary Pre-Trial Statement in this matter.

Pursuant to your Initial Conference Order of June 27, 2007, the parties were required to appear for a pre-trial conference on September 14, 2007 at 4:00 p.m. in Courtroom 17C. The Initial Conference Order also required that the parties prepare, execute and file with the Court by today's date, a Preliminary Pre-Trial Statement, which would constitute the written report required by Fed. R. Civ. P. 26(f).

Unfortunately, due to the press of business in other matters, we will be unable to submit defendant's portion of the Preliminary Pre-Trial Statement by the close of business today, and request that Your Honor extend the time to file until Wednesday, September 12, 2007. (We received plaintiff's portion of the Preliminary Pre-Trial Statement only this morning.)

| NEW JERSEY OFFICE: | CONNECTICUT OFFICE: |
|---|---|
| 1495 MORRIS AVENUE | 19 COVENTRY LANE |
| UNION, NJ 07083 | RIVERSIDE, CT 06878 |
| TEL: (201) 569-4435   FAX: (201) 569-4438 | TEL: (203) 661-2355   FAX: (203) 661-2577 |

This is the first request defendant has made for an extension or adjournment in this matter, and counsel for plaintiff has advised that they do not oppose the application for an extension but are ready to submit its portion of the Preliminary Pre-Trial Statement today.

We thank you for your attention to this matter.

Respectfully yours,

Lyons & Flood, LLP

By: Kirk M. Lyons

> The request is granted. The joint statement shall be filed, and a courtesy copy provided to chambers, by September 12, 2007.

**BY TELEFAX**          (212) 220-3780

cc: Nicolletti Hornig & Sweeney
Attorneys for Plaintiff
88 Pine Street, 7th Floor
New York, NY 10005

Attn: Samuel C. Coluzzi, Esq. / James F. Sweeney, III, Esq.
File Nos.:  30000304 JFS/SCC
            30000322 JFS/SCC
            30000334 JFS/SCC
            30000335 JFS/SCC

SO ORDERED.

9/10/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

U:\kmhldocs\2563034\Correspondence\swain 01 ltr.doc

- 2 -