LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
M/V STAR HANSA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARCELOR INTERNATIONAL AMERICA, LLC,

                                      Plaintiff,                     **ECF CASE**

          - against -                             07 Civ. 5866 (LTS)

M/V STAR HANSA, her engines, boilers, *etc.*,
and STAR SHIPPING A/S,
                                  Defendants.
------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for defendant M/V STAR HANSA, certifies upon information and belief that said defendant is not a publicly held corporations in the United States and that there are no corporate parents, subsidiaries, or affiliates of defendant which are otherwise publicly held in the United States.

Dated: September 25, 2007

                                                        LYONS & FLOOD, LLP
                                                        Attorneys for defendant
                                                        M/V STAR HANSA

By: *Kirk M Lyons*
                                                        Kirk M. Lyons (KL-1568)
                                                        65 West 36th Street, 7th Floor
                                                        New York, New York 10018
                                                        (212) 594-2400