LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Claimant
GRIEG SHIPPING A/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARCELOR INTERNATIONAL AMERICA, LLC,

                              Plaintiff,                    **ECF CASE**

           - against -                                     07 Civ. 5866 (LTS)

M/V STAR HANSA, her engines, boilers, *etc.*,
and STAR SHIPPING A/S,
                              Defendants.
------------------------------------------------------------------X

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member

of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Claimant

GRIEG SHIPPING A/S, certifies upon information and belief that said defendant is not a

publicly held corporation in the United States and that there are no corporate parents,

subsidiaries, or affiliates of claimant which are otherwise publicly held in the United States.

Dated: September 25, 2007

                                   LYONS & FLOOD, LLP
                                   Attorneys for Claimant
                                   GRIEG SHIPPING A/S

              By:      _Kirk M Lyons_
                                   Kirk M. Lyons (KL-1568)
                                   65 West 36th Street, 7th Floor
                                   New York, New York 10018
                                   (212) 594-2400

U:\kmhldocs\2563034\Pleadings\Rule 7.1 (Grieg Shipping).doc