LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Claimant
GRIEG SHIPPING A/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARCELOR INTERNATIONAL AMERICA, LLC,

                        Plaintiff,                          **ECF CASE**

     - against -                                  07 Civ. 5866 (LTS)

M/V STAR HANSA, her engines, boilers, *etc.*,
and STAR SHIPPING A/S,

                        Defendants.
------------------------------------------------------------------X

## CLAIM OF OWNER

Comes now GRIEG SHIPPING A/S and makes claim to the M/V STAR HANSA, her engines, tackle, appurtenances, *etc.* and states that now and at the time the Letter of Undertaking was issued on March 17, 2006, to avoid the arrest of the M/V STAR HANSA, it is and was the *bona fide* sole owner of the M/V STAR HANSA with standing to make this Claim to the vessel. This is a restricted appearance pursuant to Rule C(6)(a) and Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims and limited to defending the action on behalf of the vessel, *in rem*, and is not to be construed as a general appearance or submission to the jurisdiction of the Court, *in personam*.

Dated: September 25, 2007

LYONS & FLOOD, LLP
Attorneys for Claimant
GRIEG SHIPPING A/S

By: _____
Kirk M. Lyons (KL-1568)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\kmhldocs\2563034\Pleadings\Claim to Vessel.doc

## VERIFICATION

Kirk M. Lyons, the undersigned, an attorney admitted to practice in this Court, state that I am the attorney of record for claimant GRIEG SHIPPING A/S, in the within action; I have read the foregoing Claim of Owner and know the contents thereof; the same is true to my knowledge based on documents in my file, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

The reason this Verification is made by me and not an officer of claimant GRIEG SHIPPING A/S, is because there are no officers now present in this District.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on:   September 25, 2007

_____
Kirk M. Lyons

U:\kmhldocs\2563034\Pleadings\Claim to Vessel.doc

## CERTIFICATE OF SERVICE

Kirk M. Lyons, an attorney duly admitted to practice before this Honorable Court, affirms on this 25th day of September 2007, I served true copies of the foregoing, by U.S. Mail, first-class postage pre-paid, to:

>NICOLLETTI HORNIG & SWEENEY
>Wall Street Plaza
>88 Pine Street, 7th Floor
>New York, NY 10005

_____
Kirk M. Lyons

U:\kmhldocs\2563034\Pleadings\Claim to Vessel.doc